No. 354, Misc.  JACKSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 377, Misc.  CASHION *v.* UNITED STATES.  Court of Claims.  Certiorari denied.  *Carl L. Shipley* and *Thomas A. Ziebarth* for petitioner.  *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *John G. Laughlin, Jr.* for the United States.

No. 392, Misc.  JORDAN *v.* ALABAMA.  Supreme Court of Alabama.  Certiorari denied.  Petitioner *pro se.*  *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 399, Misc.  PRESSLEY, ALIAS JONES, *v.* ENGLAND, DIRECTOR OF MOTOR VEHICLES, ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.*  *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondents.

No. 402, Misc.  TUTHILL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  *Winston S. Howard* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 426, Misc.  PAYNE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for the United States.